**Electronically Filed
Supreme Court
SCAD-15-0000081
17-JAN-2017
12:39 PM**

SCAD-15-0000081

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

MICHAEL G.M. OSTENDORP,
Respondent.

---

ORIGINAL PROCEEDING
(ODC CASE NO. 10-057-8891)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the December 23, 2016 petition and affidavit submitted by Respondent Michael G.M. Ostendorp and the record, it appears Respondent Ostendorp has complied with all relevant requirements upon which his six-month period of suspension from the practice of law is contingent, and has complied with the requirements of Rule 2.16 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), though we note Respondent Ostendorp still must complete an audit of his practice as provided in this court's May 3, 2016 order. It further appears the Office of Disciplinary Counsel was served notice of

the affidavit, as required by RSCH Rule 2.17(b).  Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Ostendorp is reinstated to the practice of law in the jurisdiction of the State of Hawaiʻi, effective upon entry of this order.

DATED: Honolulu, Hawaiʻi, January 17, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

